[Docket Nos. 66, 69]

```
        IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF NEW JERSEY
                   CAMDEN VICINAGE
```

| | |
|---|---|
| RICHARD G. HOLLAND,<br><br>        Plaintiff,<br><br>  v.<br><br>MACERICH, TIMOTHY KORNHUMEL, DEPTFORD MALL SECURITY GUARD IMPERATO, DEPTFORD MALL SECURITY GUARD ROBERT CHEROBSKI, IPC INTERNATIONAL, INC., AND JANE DOES,<br><br>        Defendants. | Civil No. 09-914 RMB/AMD<br><br>**ORDER** |

THIS MATTER coming before the Court upon Defendants Macerich, Timothy Kornhumel, Janine Imperato, and Robert Cherobski's motion for summary judgment and Defendant IPC International, Inc.'s cross-motion for summary judgment; and the Court having considered the papers; and the Court having issued an Opinion on the motions;

IT IS HEREBY **ORDERED** that the motions for summary judgment are **GRANTED.**


Dated: **December 29, 2011**    s/Renée Marie Bumb
                                             RENÉE MARIE BUMB
                                             UNITED STATES DISTRICT JUDGE